FILED
JUL 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '08 MJ 8647 |
| v. | COMPLAINT FOR VIOLATION OF |
| Luz Alejandra ACOSTA-Ocejo, Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On July 15, 2008, within the Southern District of California, defendant Luz Alejandra ACOSTA-Ocejo did knowingly and intentionally import approximately 59.66 kilograms (131.25 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Cole Dotson, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th, DAY OF JULY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Luz Alejandra ACOSTA-Ocejo

STATEMENT OF FACTS

This statement of facts is based on personal observation, investigation, and information provided to U.S. Immigration and Customs Enforcement Special Agent Cole Dotson.

On July 15, 2008, at approximately 1830 hours, Luz Alejandra ACOSTA-Ocejo entered the United States at the Calexico, California, West Port of Entry. ACOSTA was the driver and the registered owner of a 2000 Ford Focus, bearing Baja Mexico license plate BET5416. ACOSTA was accompanied by a 16-year-old female passenger.

The primary inspector, Customs and Border Protection Officer (CBPO) Becerra asked ACOSTA to open the trunk in the primary lane. CBPO Becerra reported that the trunk carpet was raised revealing black plastic along the edges. CBPO Becerra moved the plastic, discovering bundles he suspected to be contraband. Immediately, CBPO Becerra escorted ACOSTA into the secondary office for detention.

A subsequent inspection of the vehicle by CBPO Becerra revealed 7 packages in the trunk. CBPO Becerra probed one of the packages and a sample of a green leafy substance was obtained. The sample field-tested positive for marijuana. The 7 packages had a combined net weight of approximately 59.66 kilograms (131.25 pounds),

The 16-year-old passenger was interviewed and was determined not to be involved. She was subsequently released to the custody of her parents.

ACOSTA was placed under arrest and was advised her Rights, per Miranda. ACOSTA acknowledged, waived her rights, and agreed to answer questions. ACOSTA stated that a man, whom she knows smuggles drugs, was going to pay her to cross the vehicle into the United States. ACOSTA stated that she has been intentionally crossing the vehicle to develop a crossing history so she could transport drugs in the future. However, ACOSTA stated that she did not know drugs were in the vehicle at this crossing.