FILED

AUG 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LUZ ALEJANDRA ACOSTA-OCEJO, Defendant. | Criminal Case No. 08cr2623-JAH |
| | I N F O R M A T I O N |
| | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about July 15, 2008, within the Southern District of California, defendant LUZ ALEJANDRA ACOSTA-OCEJO, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 59.66 kilograms (131.25 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 12, 2008

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:Imperial
8/11/08