LAW OFFICES OF DAVID A. ELDEN, APC
DAVID A. ELDEN
SBN 46684
11377 West Olympic Blvd.
Tenth Floor
Los Angeles, California 90064
Telephone (310) 478-3100
Facsimile (310) 478-2200
Email: elden@innocent.com

Attorney for Defendant
LUZ ALEJANDRA ACOSTA-OCEJO

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
LUZ ALEJANDRA ACOSTA-OCEJO,
Defendant.

08cr2623-JAH
Case No. 2:08-mj-08647-PCL-1

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

Defendant LUZ ALEJANDRA ACOSTA-OCEJO hereby request the Court approve the substitution of David Elden as attorney of record in place and stead of Bridget Kennedy.

Dated: 07/agosto/08

[signature]
LUZ ALEJANDRA ACOSTA-OCEJO

---

I have given proper notice pursuant to local rules and further consent to the above substitution.

Dated: 12 AUG/08

[signature] Bridget Kennedy
BRIDGET KENNEDY By DAE

---

I am duly admitted to practice in this District pursuant to local rules.

Dated: 12 AUG 08

[signature]
DAVID A. ELDEN

IT IS SO ORDERED. [signature]